**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No.: 3:25-cv-00201 |
| vs. | ) ) | **JURY DEMANDED** |
| 87 SHEPHERD HILLS PARTNERS, LLC AND THE R.G. ANDERSON COMPANY, INC. | ) ) ) ) | Judge Richardson Magistrate Judge Alistar E. Newbern |
| *Defendants/Third-Party Plaintiffs*, | ) ) ) | |
| vs. | ) ) | |
| BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES, BERNARD L. WEINSTEIN & ASSOCIATES, LLC, and ALFRED BENESCH & COMPANY, | ) ) ) ) ) | |
| *Third-Party Defendants*. | ) | |

**THIRD-PARTY DEFENDANT BERNARD L. WEINSTEIN & ASSOCIATES, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

COMES NOW, Third-Party Defendant, Bernard L. Weinstein & Associates, LLC ("BLW&A, LLC"), by and through undersigned counsel, and respectfully moves this Court for an extension of time to answer or otherwise respond to the Third-Party Complaint filed by Third-Party Plaintiffs, 87 Shepherd Hills Partners, LLC and The R.G. Anderson Company, Inc. As grounds for this motion, BLW&A, LLC states as follows:

1.    Third-Party Plaintiffs filed the Third-Party Complaint against BLW&A, LLC on September 16, 2025. [Doc. 20].

1

2.     BLW&A, LLC's registered agent was served with the Third-Party Complaint on September 18, 2025. [Doc. 25].

3.     BLW&A, LLC was therefore required to answer or otherwise respond to the Third-Party Complaint by October 9, 2025.

4.     After retaining undersigned counsel, on October 16, 2025 BLW&A, LLC conferred with the other parties regarding an extension of time to respond to the Third-Party Complaint through October 30, 2025. After receiving responses from all counsel, no parties oppose the requested extension.

5.     No parties will be prejudiced by the requested extension, which is not presented for the purpose of delay.

Therefore, as set forth above, BLW&A, LLC respectfully moves this Court to grant an extension to October 30, 2025 to answer or otherwise respond to the Third-Party Complaint.


Respectfully submitted,

**ORTALE KELLEY LAW FIRM**

*/s/ Emmie Kinnard*
Emmie Kinnard, BPR #036803
*Attorney for Bernard L. Weinstein & Associates, LLC*
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
ekinnard@ortalekelley.com
615-256-9999

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic filing system and email this 16th day of October, 2025.

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
214.766.8100
eric@ecalhounlaw.com

M. Todd Sandahl
234 First Ave South
Franklin, Tennessee 37064
615.794.3450
tsandahl@mtslaw.com
*Attorneys for Plaintiffs*

Gregory L. Cashion
Shannon M. Renne
SMITH CASHION & ORR, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203
gcashion@smithcashion.com
srenne@smithcashion.com

Brian S. Spitler
Michael H. Dellinger
Copeland, Stair, Valz & Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, TN 37402
bspitler@csvl.law
mdellinger@csvl.law

*/s/ Emmie Kinnard*
Emmie Kinnard

3