# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, ) ) ) **Plaintiffs,** ) ) v. ) ) 87 SHEPHERD HILLS PARTNERS, ) LLC AND THE R.G. ANDERSON ) COMPANY, INC., ) ) **Defendants/Third-Party Plaintiffs** ) ) v. ) ) BERNARD L. WEINSTEIN d/b/a ) BERNARD L. WEINSTEIN & ) ASSOCIATES, BERNARD L. ) WEINSTEIN ) & ASSOCIATES, LLC and ALFRED ) BENESCHE & COMPANY. ) ) **Third-Party Defendants** ) ) ) | Civil Action No.: 3:25-cv-00201 JURY DEMANDED Judge Richardson Magistrate Judge Alistair E. Newbern |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Defendant/Third-Party Plaintiff 87 Shepherd Hills Partners, LLC and Defendant/Third-Party Plaintiff The R.G. Anderson Company, Inc.,(collectively, "Third-Party Plaintiffs") by and through undersigned counsel and pursuant to Rule 41.01 of the Federal Rules of Civil Procedure, hereby gives their notice to this Honorable Court of their intent to dismiss their claims against Third-Party Defendant Bernard L. Weinstein & Associates, LLC, without prejudice. Third-Party Plaintiffs would further state that the above-referenced dismissal shall have no effect

on their claims against Third-Party Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, Bernard L. Weinstein, and Alfred Benesche & Company.

Respectfully submitted,

s/*Shannon M. Renne*
Gregory L. Cashion (No. 10697)
Shannon M. Renne (No. 42544)
SMITH CASHION & ORR, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203
(615) 742-8555 – Tel
(615) 742-8556 – Fax
gcashion@smithcashion.com
srenne@smithcashion.com
*Counsel for Defendants 87 Shepherd Hills Partners, LLC and The R.G. Anderson Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 30th, 2025,** a true and correct copy of the *Notice of Voluntary Dismissal Without Prejudice* was filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of such filing was served on all known counsel of record listed below through the electronic filing manager, pursuant to the Federal Rules of Civil Procedure.

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com   (Assistant)

Emmie Kinnard, Esq.
330 Commerce Street, Suite 110
Nashville, TN 37201
ekinnard@ortalekelley.com
*Counsel for Bernard L. Weinstein & Associates, LLC*

M. Todd Sandahl, (No. 19167)
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

*Counsel for Cynthia George and Chelsie Nitschke*

Brian S. Spitler
Michael H. Dellinger
735 Broad Street, Suite 1100
Chattanooga, TN 37402
Phone: 423-777-4693
Fax: 423-648-2283
bspitler@csvl.law
mdellinger@csvl.law
*Counsel for Defendant Alfred Benesch & Company*

*/s/ Shannon M. Renne*
Shannon M. Renne