IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| 87 SHEPHERD HILLS PARTNERS, LLC AND THE R.G. ANDERSON COMPANY, INC., | )<br>)<br>)   Civil Action No.: 3:25-cv-00201<br>)   JURY DEMANDED<br>) |
| Defendants/Third-Party Plaintiffs | )<br>) |
| v. | )<br>) |
| BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN 7 ASSOCIATES and ALFRED BENESCH & COMPANY, . | )<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants | )<br>) |

### DEFENDANT/THIRD-PARTY PLAINTIFF THE R.G. ANDERSON COMPANY'S ANSWER TO THIRD-PARTY DEFENDANT ALFRED BENESCH & COMPANY'S THIRD-PARTY COUNTER-CLAIM

**COMES NOW** Defendant/Third-Party Plaintiff The R.G. Anderson Company, Inc. (hereinafter, "RGA"), by and through undersigned counsel, and for its Answer to Third-Party Defendant Alfred Benesch & Company (hereinafter, "ABC")'s Third-Party Counter-Claim ("Counter-Claim") would respond as follows:

**FIRST AFFIRTMATIVE DEFENSE**

The Counter-Claims fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

ABC is not entitled to any legal, equitable, or other relief from RGA, and ABC's actions are barred as a matter of law to the extent they seek any relief from RGA.

**THIRD AFFIRMATIVE DEFENSE**

RGA would affirmatively aver and allege that it owes no duty of care to ABC, breached no duty of care, and acted in accordance with generally accepted industry standards.

**FOURTH AFFIRMATIVE DEFENSE**

RGA would affirmatively aver and allege that the damages are not the proximate result of any alleged act or failure of RGA and therefore, ABC are not entitled to recover from RGA.

**FIFTH AFFIRMATIVE DEFENSE**

RGA reserves the right to plead or assert additional defenses and/or cross, counter, or third-party claims should such be necessary and/or appropriate.

**SIXTH AFFIRMATIVE DEFENSE**

RGA reserves the right to amend its Answer to plead any defenses which might be revealed through discovery, or otherwise revealed during the litigation of this case.

**SEVENTH AFFIRMATIVE DEFENSE**

RGA asserts the doctrine of modified comparative fault. Fault, if any, must be apportioned to ABC or any other individuals or entities found to be at fault. Recovery, if any, should be reduced accordingly.

**EIGHTH AFFIRMATIVE DEFENSE**

At all times material to the allegations in the Counter-Claim, RGA performed services fully, properly, and in accordance with the applicable standard of care, thus barring any right of action against RGA as a matter of law.

**NINTH AFFIRMATIVE DEFENSE**

The injuries and damages allegedly suffered by the ABC resulted from independent, intervening and/or superseding causes or acts over which RGA had neither control nor the right to

control and for which it is not liable. Any alleged action or alleged omission on the part of RGA was not the proximate cause of the alleged damages.

Subject to and without waiving the above affirmative defenses, RGA responds to the specific allegations of ABC's Counter-Claim as follows:

1. RGA is without knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1 of the Counter-Claim.

2. RGA is without knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Counter-Claim.

3. RGA is without sufficient information to either admit or deny the allegation contained in Paragraph 3 of the Counter-Claim.

### Count I. Common-law (Implied) Indemnity Against RGA

4. RGA hereby incorporates its responses in the previous paragraphs of this Answer as if fully set forth herein.

5. Admitted.

6. RGA is without sufficient information to either admit or deny the allegations contained in Paragraph 6 of the Counter-Claim.

7. Admitted.

8. Denied.

9. Denied.

### Count II. ABC's Counter-Claim for Indemnity Against Shepherd

10. Admitted.

11. The allegations in Paragraph 11 of this Counter-Claim are not directed towards RGA and accordingly, no response is required.

12. The allegations in Paragraph 12 of this Counter-Claim are not directed towards RGA and accordingly, no response is required.

13. The allegations in Paragraph 13 of this Counter-Claim are not directed towards RGA and accordingly, no response is required.

14. The allegations in Paragraph 14 of this Counter-Claim are not directed towards RGA and accordingly, no response is required.

WHEREFORE, having fully answered, RGA denies the allegations contained in the Prayer for Relief, denies each and every allegation not previously addressed, denies that it is in any way caused or contributed to Third-Party Counter-Claimant's alleged injuries, denies that it is liable to Third-Party Counter-Claimant in any sum or sums, and prays that the Third-Party Counter-Claims be dismissed with costs and attorney's fees taxed to Third-Party Counter-Claimant.

Respectfully Submitted,

/s/ *Shannon M. Renne*
Gregory L. Cashion (No. 10697)
Shannon M. Renne (No. 42544
SMITH CASHION & ORR, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203
(615) 742-8555 – Tel
(615) 742-8556 – Fax
gcashion@smithcashion.com
srenne@smithcashion.com
*Counsel for Defendants 87 Shepherd Hills Partners, LLC*
*and The R.G. Anderson Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 21, 2025,** a true and correct copy of the *The R.G. Anderson Company, Inc.'s Answer to Alfred Benesch & Company's Third-Party Counter-Claim* was filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of such filing was served on all known counsel of record listed below through the electronic filing manager, pursuant to the Federal Rules of Civil Procedure.

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com  (Assistant)

M. Todd Sandahl, (No. 19167)
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

*Counsel for Cynthia George and Chelsie Nitschke*

Brian S. Spitler
Michael H. Dellinger
735 Broad Street, Suite 1100
Chattanooga, TN 37402
Phone: 423-777-4693
Fax: 423-648-2283
bspitler@csvl.law
mdellinger@csvl.law

*Counsel for Defendant Alfred Benesch & Company*

/s/ Shannon M. Renne
Shannon M. Renne